E-FILED
Wednesday, 04 November, 2020 01:47:16 PM
Clerk, U.S. District Court, ILCD



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK

# RUSHVILLE
# SCANNING COVER SHEET

Notice – Please read and carefully follow these instructions.

1. Each pleading must have this cover sheet on top.
2. Each pleading must be legible. Typed, double-spaced pleadings are preferred.
3. All pages must be numbered.
4. Each pleading must be scanned separately as one complete document. A pleading may not be scanned page by page. If the pleading is more than 25 pages, then the pleading must be scanned and submitted in multiple emails with a maximum size of 25 pages. The subject line of each email should specify the range of pages included within. (For example, a 40 page pleading would be broken into 2 emails, the first with a subject line "Email 1 of 2 – Pages 1-25" and the second with a subject line of "Email 2 of 2 – Pages 26-40".)
5. Discovery requests and responses are not filed with the Court unless they are part of a motion to compel. Discovery requests and responses shall not be electronically filed per Local Rule 26.3. However, a Certificate of Service may be scanned stating you have served your discovery documents on the other parties in the case.
6. Only lines and boxes included on this form should be filled out. Do not provide any other information regarding your pleading on this Scanning Cover Sheet.

recd new SAM 11/04/20

Please complete the following (Print):

Date: 10-29-20

Name: HUGHES eTaL V MiTCHELL eTaL

Case Number: 3:15-CV-3114-SEM ☐ (Check here if this is a new case)

Type of Pleading (Check only one):

☐ Motion / Petition

☐ Response / Reply

☒ Other (Specify) NOTICE

Title of Pleading: ______
(For Example, "Motion to Compel" or "Response to Summary Judgment")

Number of Pages for this Pleading (Not including Scanning Cover Sheet): 2

Michael Hughes
17019 Countyfarm Rd.
Rushville, IL. 62681
(217)322-3204 Phone #

Her Honor, Sue E. Meyerscough
Judge, Circuit Court, Central District
U.S. Circuit Court, Central Div.
151 U.S. Court BLDG.
600 E. Monroe St.
Springfield, IL. 62701

10-26-20

Case# 3:15-cv-3114-SEM

Your Honor:

As we approach the fifteenth month anniversary of the above titled case, I felt compelled to write to you and remind you about where this case stands.

Your Honor was gracious and generous in granting the Defendants first six (6) months and then up to nine (9) months of "grace period" in which to meet their settlement obligations. While I do not have a transcript of the settlement conference, I do remember the Court stressing to the Defendants that they should not make you regret the court's generosity (paraphrasing). We are mindful that the country is in the middle of a pandemic and we are also aware that"we"(ALL OF US) are also experiencing an economic downturn, aswell. While we do take this into consideration, we are forced to also consider the fact that this state, this facility, for our labor, pays us pseudo money or "points", which can only be redeemed at their,"company store". When this facility wants to be paid for the copies we make, they take our cash first, not those points that they pay us with. So, they want to get paid and so do we. Fair is fair.

Now if they need more time... fine, but they should have to pay us for that privilege. They agreed to this settlement. So they are either refusing to pay, by puting us so far down on the priority list or they are taking the Court's kindness for weakness.

Your Honor, This plaintiff feels compelledto request that the court consider sanctioning the Defendants that have not paid. Some kind of interest, compounded daily, until they consumate their settlement agreement. Maybe the court could hold a hearing so they can show cause as to why they shouldn't be sanctioned. I pray the court considers this matter and compells the completion of this case.

Respectfully:

[signature]

Michael Hughes- Plaintiff

This Plaintiff, Michael Hughes, prays that this court grant the plaintiffs request, to consider his points.

Plaintiff swears that the preceeding is true and accurate to the best of his knowlege.

Sworn to this 26th day of October,2020, by:

Michael Hughes-Plaintiff
17019 Countyfarm Rd.
Rushville,IL.62681

Proof of Service

The Plaintiff, Michael Hughes swears that these documents were scanned to the Clerk of the Court, U.S. Central Division of the U.S. Circuit Court, in order that all parties envolved may also receive a copy. Plaintiff asks the Clerk to ensure that happens.

Sworn to this 26th day of October, 2020, by:

Michael Hughes-Plaintiff
17019 Countyfarm rd.
Rushville,IL.62681