IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL HUGHES, et al., | ) |
| Plaintiffs, | ) ) ) |
| -vs- | ) No. 15-3114-SEM-TSH |
| JACQUELINE MITCHELL-LAWSHEA, et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR ENFORCEMENT OF SETTLEMENT [Doc. 160].**

Now Come Defendants, GREGG SCOTT and MICHAEL BEDNARZ, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and hereby respond to Plaintiff Hughes' Motion for Enforcement of Settlement [Doc. 160][1], stating as follows:

1. On July 15, 2019, the parties reached a settlement agreement in this matter. [Text Order – July 16, 2019].

2. On January 6, 2020, the Court dismissed this action pursuant to a stipulation to dismiss. [Text Order - January 6, 2020].

3. The parties have executed the necessary settlement documents.

4. An administrative error caused a delay in transmitting the documents to the Illinois Department of Central Management Services ("CMS")—the paperwork was initially routed to the wrong agency-but the undersigned has since corrected the error. Further, CMS has created a payment voucher, numbered 416 119915147, and the voucher has been sent to the Illinois State Comptroller's office for the settlement payment to be disbursed.

5. Because a payment voucher has been sent to the Illinois State Comptroller's

---

[1] Defendants note that Mr. Hughes submitted a letter to the Court that was later docketed as the motion referenced here. Even though Mr. Hughes is represented by counsel in this matter, Defendants will address the substance of the *pro se* submission.

1

office, and Plaintiffs can expect a timely disbursement of the settlement payment, Plaintiff Hughes' motion to enforce the settlement has been rendered moot.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that this Honorable Court deny Plaintiff's Motion for Enforcement of Settlement.

Respectfully submitted,

GREGG SCOTT and MICHAEL BEDNARZ,

Defendants,

KWAME RAOUL, Attorney General,
State of Illinois,

Attorney for Defendants,

By: *s/ Philip Andrews*
Philip Andrews, #6329386
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
Telephone: (217) 782-1841
Facsimile: (217) 782-8767
E-Mail: pandrews@atg.state.il.us
 and gls@atg.state.il.us

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL HUGHES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs- | )   No. 15-3114 |
| | ) |
| JACQUELINE MITCHELL-LAWSHEA, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, the foregoing document, *Notice of Appearance,* was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Douglass Bitner         dbitner@cassiday.com
Joseph N Rupcich        jrupcich@cassiday.com
Thomas J Pliura         tom.pliura@zchart.com


Respectfully submitted,


By  *s/ Philip Andrews*
    Philip Andrews, #6329386
    Assistant Attorney General
    500 South Second Street
    Springfield, Illinois  62701
    (217) 782-1841 Phone
    (217) 782-8767 Fax
    E-Mail:  pandrews@atg.state.il.us
     & gls@atg.state.il.us

3